## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

      Plaintiff,

v.
                                 Civil Action No.  8:14-cv-00743-TDC

JOHN DOE, subscriber assigned IP address
108.28.16.156,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action _with prejudice_.  John Doe was assigned the IP address 108.28.16.156.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

      Dated:  July 29, 2014

                                 Respectfully submitted,

                                 By:  _/s/ Jon A. Hoppe_____
                                 Jon A. Hoppe, Esquire
                                 jhoppe@mhhhlawfirm.com
                                 MADDOX, HOPPE, HOOFNAGLE &
                                 HAFEY, L.L.C.
                                 1401 Mercantile Lane #105
                                 Largo, Maryland 20774
                                 Phone:  301-341-2580
                                 _Attorney for Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ Jon A. Hoppe_____

Jon A. Hoppe